FILED IN
1ST COURT OF APPEALS
HOUSTON. TEXAS

FEB 27 2015

CHRISTOPHER A. PRINE
CLERK

NO. 01-15-00131-CR

| | |
|---|---|
| Ime Okon Ekwere | IN the Court of Appeals |
| V. | First District |
| The State of Texas | On Feb 23rd, 2015 |

MOTION TO DISMISS APPEAL

TO THE HONORABLE JUSTICE OF THE COURT OF APPEALS

Comes now Ime Okon Ekwere appellate, on the above entitled and numbered cause, and files this motion to dismiss the appeal now pending before this court.

Appellant represents to the Court that this decision has been made freely and voluntarily and only after it's consequences have been fully explained by appellant counsel. There has been no undue influence or coercion involved in appellate's decision to withdraw the appeal.

WHEREFORE, appellant prays that Court grants this motion to DISMISS Appeal and Send a mandate to the 232nd District Court reflection that the appeal has been dismissed

Ime Okon Ekwere
appellant

BEFORE ME, the undersigned authority on this day personally appeared Ime Okon Ekwere _____, who after being duly sworn stated that he has read the

the above motion, to Dismiss Appeal and understands it and, that it reflects his personal decision to withdraw the appeal.

Subscribe AND Sworn To BEFORE ME On the _____ day of _____ 2015

_____
Notary Public in and for State of Texas

## ORDER

On this the _____ day of _____ 2015, came to be heard Appellate's motion To Dismiss Appeal and it appears to the Court that this Motion Should be

Granted _____
Denied _____

_____
Judge Presiding

## CERTIFICATE OF SERVICE

This is to certify a copy of the above entitled and numbered motion been served on the District attorney of Harris County, Texas by mail, depositing same, post paid, in an official depository under the care and custody of the United States Postal Service on the _____ day of _____ 2015, enclosed in a wrapper properly

addressed as follows
_____

Lule Okon Etuwe
appellant

**HARRIS COUNTY SHERIFF'S OFFICE JAIL**

Name: Ime Ekwue

SPN: 01334753 Cell: 5FL

Street: 1200 Baker St

HOUSTON, TEXAS 77002

" LEGAL "

COURT OF APPEALS
FIRST DISTRICT
301 FANNIN ST
HOUSTON, TX 77002-2066

7700220G6699

NORTH HOUSTON TX 773

24 FEB 2015 PM 4 L

RECEIVED
FIRST COURT OF APPEAL
HOUSTON, TEXAS

FEB 27 2015

CHRISTOPHER A PRINE
CLERK